IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| Eric E. Bernard | ) | |
|     Plaintiff, | ) | Case No: 3:15 CV 50277 |
| | ) | |
| v. | ) | |
| | ) | Magistrate Judge: Iain D. Johnston |
| Roger Scott, et al. | ) | |
|     Defendants. | ) | |

## **REPORT AND RECOMMENDATION**

    Status hearing held on 2/27/2018. Plaintiff's motion to dismiss [72] has no objection. Accordingly, it is this Court's Report and Recommendation that the plaintiff's motion be granted and that defendant Erica Barnes is dismissed form the case with prejudice. Any objection must be filed by 3/13/2018. Failure to object may constitute a waiver of objections on appeal. *See Provident Bank v. Manor Steel Corp.*, 882 F.2d 258, 260 (7th Cir. 1989).


Date: 2/27/2018                                                /s/ Iain D. Johnston
                                                                                U.S. Magistrate Judge