## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Eric E. Bernard,                        )

                               )

          *Plaintiff*,             )

                               )

       v.                      )       Case No: 15 C 50277

                               )

Roger Scott, et al.                 )

                               )

          *Defendants*.         )       Judge Frederick J. Kapala

## <u>ORDER</u>

Before the court is a report and recommendation ("R&R") [77] by the magistrate judge that plaintiff's motion to dismiss [72] be granted and that defendant Erica Barnes be dismissed from the case with prejudice. After being afforded a sufficient opportunity, neither party has offered any objection to the R&R. Accordingly, there being no written objection to the R&R of the magistrate judge, <u>see</u> 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); <u>Thomas v. Arn</u>, 474 U.S. 140, 149-50 (1985), and the court having reviewed the R&R, the court accepts the R&R and Erica Barnes is now terminated from the case with prejudice.

Date: 3/19/2018                ENTER:

                                      _____

                                      FREDERICK J. KAPALA

                                    District Judge